THEODORE E. BACON (CA Bar No. 115395)
tbacon@adorno.com
AMY L. MORSE (CA Bar No. 92135)
amorse@adorno.com
MIKEL A. GLAVINOVICH (CA Bar No. 186590)
mglavinovich@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel. (213) 229-2400
Fax. (213) 229-2499

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver; and CALIFORNIA RECONVEYANCE COMPANY

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

FRANCIS FLORENCE ORIBELLO, an individual; JAIME ORIBELLO, an individual,

Plaintiffs,

v.

WASHINGTON MUTUAL, a Business Entity, form unknown;
THE MILI MORTGAGE GROUP, a Business Entity, form unknown;
CALIFORNIA RECONVEYANCE COMPANY, a Business Entity, form unknown;
JP MORGAN CHASE BANK, a Business Entity, form unknown;
LA SALLE BANK, a Business Entity, form unknown;
QUALITY LOAN SERVICE CORP., a Business Entity, form unknown; and
DOES 1 through 50, inclusive,

Defendants.

Case No. **CV10-3813** JW

**[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL**

///

///

The Court hereby orders that the request of:

Defendants JPMorgan Chase Bank, N.A., for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver, and California Reconveyance Company ("Defendants") to substitute their respective counsel of record in this matter.

Dated September 20, 2010

United States District Judge

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**
*Oribello, et al. v. Washington Mutual, et al.*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 633 W. Fifth Street, Suite 1100, Los Angeles, CA 90071**.

On September 2, 2010, I served the foregoing document described as **[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 633 W. Fifth Street, Los Angeles, California 90071. The envelope was mailed with postage thereon fully prepaid.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or FedEx Drop Box located at 633 W. Fifth Street, Los Angeles, California 90071. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on September 2, 2010, at Los Angeles, California.

BELINDA SLACK

**SERVICE LIST**

Francis Florence Oribello
Jaime Oribello
1710 Cortez Street
Milpitas, CA 95035

Plaintiffs in *pro per*
(408) 586-8223

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
LOS ANGELES

2

PROOF OF SERVICE
2058346.1

CV10-3813 HRL