IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Francis F. Oribello, et al., | NO. C 10-03813 JW |
|           Plaintiffs,<br>  v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Washington Mutual, et al., | |
|           Defendants. | |

This case is scheduled for an Case Management Conference on November 15, 2010. In contravention of the Local Rules and the Court's Order, the parties filed a tardy Joint Case Management Conference Statement. However, because Defendants have filed a dispositive Motion to Dismiss[1] set for hearing on January 31, 2011 at 9 a.m., the Court finds good cause to VACATE the Conference at this time. The Court will set a new conference date in its Order addressing the pending Motion to Dismiss.

Dated: November 10, 2010

                                                JAMES WARE
                                                United States District Judge

---

[1] (See Docket Item Nos. 5, 16.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mikel Allison Glavinovich mglavinovich@alvaradosmith.com
Renee Reyes De Golier rdegolier@mccarthyholthus.com
Theodore Emery Bacon tbacon@adorno.com

Francis Florence Oribello & Jaime Oribello
1710 Cortez Street
Milpitas, CA 95015

| | |
|---|---|
| **Dated: November 10, 2010** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |